1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    ANTON ANDREYEVICH IAGOUNOV,              No.  2:25-cv-1436 AC P

11                 Petitioner,
                                               ORDER
12          v.

13    FEDERAL BUREAU OF PRISONS,

14                 Respondent.

15

16          By an order filed May 30, 2025, petitioner was ordered to file a completed in forma

17   pauperis application or pay the filing fee and was cautioned that failure to comply would result in

18   a recommendation that this action be dismissed.  ECF No. 3.  The thirty-day period has now

19   expired, and petitioner has not filed an application, paid the fees, or otherwise responded to the

20   court's order.  Petitioner will be given one final opportunity to submit an application or pay the

21   fee.

22          Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this

23   order, petitioner shall submit an application to proceed in forma pauperis or pay the filing fee.

24   Failure to comply with this order will result in a recommendation that this action be dismissed

25   without further warning.

26   DATED: July 14, 2025

27                                             _____
                                               ALLISON CLAIRE
28                                             UNITED STATES MAGISTRATE JUDGE